Michael Chester McIntosh, Independence, MO, for appellant.

Bradley P. Grill, Kansas City, MO, for respondent.

Before ROBERT G. ULRICH, P.J., HAROLD L. LOWENSTEIN, and JAMES M. SMART, JR., JJ.

*Order*

PER CURIAM.

Larry G. Reiter appeals the judgment of the trial court in the proceedings concerning the dissolution of his marriage to Frances M. Reiter.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HOWARD, C.J., BRECKENRIDGE and NEWTON, JJ.

***ORDER***

PER CURIAM.

William Johnson appeals the motion court's denial of his petition to reopen his post-conviction proceeding, without an evidentiary hearing. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Gary G. WICKHAM, Appellant.**

**No. WD 66200.**

Missouri Court of Appeals,
Western District.

Dec. 19, 2006.

■

**William E. JOHNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 66208.**

Missouri Court of Appeals,
Western District.

Dec. 19, 2006.

William E. Johnson, Moberly, MO, pro se.

Irene C. Karns, Columbia, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.